UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE COUNTY DIVISION

GRACE ROMERO,

*Plaintiff*,

v.

THE CLOROX COMPANY,

*Defendant*.

Case No.: 1:24-CV-20299

**DEFENDANT THE CLOROX COMPANY'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant The Clorox Company ("Clorox") hereby moves to dismiss Plaintiff Grace Romero's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, Clorox states as follows:

1. Plaintiff seeks damages against Clorox for injuries allegedly caused by a Pine-Sol Multi-Surface Cleaner.

2. Plaintiff brings causes of action for: Products/Strict Liability (Count I); Negligence (Count II); Breach of Express Warranty (Count III); Breach of Implied Warranty of Merchantability (County IV); Breach of Implied Warranty of Fitness for a Particular Purpose (Count V); Failure to Warn (Count VI).

3. The Court should dismiss Plaintiff's strict liability and negligence claims, based on a manufacturing defect, because Plaintiff did not identify a defect in the manufacture of the product or how Clorox failed to prudently manufacture the product.

4. Similarly, Plaintiff's Complaint fails to state a claim for defect design because it generally and formalistically recites the elements of the consumer expectations test, risk-utility

Case No.: 1:24-CV-20299

test, and reasonable alternative design analysis without alleging any facts to satisfy the elements of those claims.

5. Plaintiff's failure to warn claim likewise fails because Plaintiff does not identify how the Pine-Sol Multi-Surface Cleaner's warning was inadequate, much less what additional information was needed to prevent her injuries.

6. All of Plaintiff's warranty claims fail under Florida law because Plaintiff fails to allege that she was in privy with Clorox.

7. Clorox hereby incorporates by reference its contemporaneously filed Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint.

### REQUEST FOR HEARING

8. Pursuant to Local Rule 7.1(b)(2), Clorox respectfully requests a hearing on this Motion. The Motion raises significant and complex legal issues, including a product recall, and Clorox submits that oral argument would be appropriate.

### CONCLUSION

WHEREFORE, for the foregoing reasons, Clorox respectfully requests that the Court dismiss Plaintiff's Complaint.

*/s/ Sofia M. Perla*
LINDSEY HEINZ
Florida Bar No.: 98544
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
lheinz@shb.com

SOFIA M. PERLA, ESQ.
Fla. Bar No. 1031709

Case No.: 1:24-CV-20299

SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
sperla@shb.com

***Counsel for The Clorox Company***

Case No.: 1:24-CV-20299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2024 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Sofia M. Perla*
SOFIA M. PERLA

Case No.: 1:24-CV-20299

## SERVICE LIST

*Grace Romero v. The Clorox Company*

**Counsel for Plaintiff:**
Gabriel A. Baca, Esq.
Jason Turchin, Esq.
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Ste. 103
Weston, FL 33331
Telephone: 954-659-1605
Facsimile: 954-659-1380
gabriel@victimaid.com
jason@victimaid.com