UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20299-CIV-ALTONAGA/Reid

**GRACE ROMERO**,

       Plaintiff,
v.

**THE CLOROX COMPANY**,

       Defendant.
_____/

## **ORDER**

THIS CAUSE came before the Court on the Notice of Substitution of Counsel and Directions to the Clerk to Update Attorney Information [ECF No. 17]. Several issues arise from counsel's filing.

Local Rule 11.1(d)(3) of the U.S. District Court for the Southern District of Florida provides:

> Except as provided by subpart (B) herein, no attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of Court after notice served on the attorney's client and opposing counsel. A motion to withdraw shall include a current mailing address for the attorney's client or the client's new or remaining counsel.

*Id.* Under Local Rule 7.1 (A)(2), certain motions identified in Local Rule 7.1 (A)(1) must be accompanied by a proposed order. Additionally, under 3I(6) of the CM/ECF Administrative Procedures, all proposed orders shall be filed as an attachment to a motion, notice, or other filing. The proposed document must also be e-mailed to the judge in **Word format** to the email address of the judge (the Judge's email address is listed in the CM/ECF Administrative Procedures). Counsel has failed to comply with these rules.

CASE NO. 24-20299-CIV-ALTONAGA

Accordingly, it is

**ORDERED AND ADJUDGED** that the Notice of Substitution of Counsel and Directions to the Clerk to Update Attorney Information (Motion) **[ECF No. 17]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record